IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-00136-01-CR-W-BCW |
| | ) | |
| JOSEPH R. HARRELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                                                                                           s/ BRIAN C. WIMES
                                                                                           JUDGE BRIAN C. WIMES
                                                                                           UNITED STATES DISTRICT COURT

Dated: December 28, 2012